**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 96-7100**

―――――――――――――

NANCY JANE SMITH,

Plaintiff - Appellant,

versus

JACQUELINE JOHNSON-CURL, Dr., D.D.S.; C. JAMES
HARLAND, Dr., D.O.C., Chief Dentist,

Defendants - Appellees.

―――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-95-968-3)

―――――――――――――

Submitted: November 21, 1996      Decided: December 4, 1996

―――――――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Nancy Jane Smith, Appellant Pro Se. Sandra Morris Holleran,
MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for
Appellees.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on her 42 U.S.C. § 1983 (1994) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Smith v. Johnson-Curl, No. CA-95-968-3 (E.D. Va. June 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the United States Magistrate Judge under 28 U.S.C. § 636(c)(1) (1994).